UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ATLANTIC ACQUISITIONS, LLC, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-10271-JLT |
| | * | |
| J.H. REID GENERAL CONTRACTOR, | * | |
| ERIC REID, JAMES REID, | * | |
| REID COMMODITIES, LLC, | * | |
| LCH COMMODITIES, LLC, and | * | |
| JLB COMMODITIES, LLC, | * | |
| | * | |
| Defendants. | * | |

ORDER

December 17, 2012

TAURO, J.

For the reasons set forth in the accompanying Memorandum, this court hereby orders that Defendants' Motion to Dismiss Counts XIV and XV of Plaintiff's First Amended Complaint [#13] is ALLOWED.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge